NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1564, 2010-1004

SPECTRALYTICS, INC.,

Plaintiff-Appellant,

v.

CORDIS CORPORATION,

Defendant-Cross Appellant,

and

NORMAN NOBLE, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Minnesota in case no. 05-CV-1464, Judge Patrick J. Schiltz.

ON MOTION

## ORDER

Cordis Corporation and Norman Noble, Inc. move for a 60-day extension of time, until February 22, 2010, to file their principal brief. Spectralytics, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

DEC 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  J. Derek Vandenburgh, Esq.
     Eugene M. Gelernter, Esq.
     James B. Niehaus, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2009

JAN HORBALY
CLERK